## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| PATRICIA RITCHIE<br>　　Plaintiff | §<br>§<br>§ |
| v. | § Civil Action No. 2:16-cv-00045-AM-VRG<br>§ |
| STATE FARM LLOYDS<br>AND BRANDI ESCHER<br>　　Defendants | §<br>§<br>§<br>§ |

### RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel of record, come Plaintiff Patricia Ritchie and Defendant State Farm Lloyds, who each and all do hereby stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed without prejudice, with each party hereto to bear its own costs and expenses. The said parties pray that this Court issue an Order dismissing this case, without prejudice, and with each party to bear its own costs and expenses.

**AGREED AND APPROVED:**

/s/ Michelle C. Le
Kevin S. Baker
State Bar No. 00797799
Michelle C. Le
State Bar No. 24085427
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
(210) 490-4357 (Telephone)
(210) 490-8372 (Facsimile)

*Counsel for Plaintiff Patricia Ritchie*

_____
Mark A. Lindow
State Bar No. 12367875
Jana Richard
State Bar No. 24040752
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N St. Mary's Street, Suite 1700
San Antonio, Texas 78205
(210) 227-2200 (telephone)
(210) 227-4602 (facsimile)
mlindow@lstlaw.com
jrichard@lstlaw.com

*Counsel for Defendant State Farm Lloyds*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Rule 41(a) Stipulation of Voluntary Dismissal was filed electronically with the United States District Court for the Western District of Texas, Del Rio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court via *ECF* on this 22nd day of **December, 2016**, addressed to those who do not receive notice from the Clerk of the Court.

Kevin S. Baker
Michelle C. Le
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232

_____
Mark A. Lindow/Jana Richard